IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | § |
| | § |
| **v.** | §   CRIMINAL NO. 4:09-CR-015-ALM-KPJ |
| | § |
| **RESHON LAMONT SCOTT** | § |
| | § |

**REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

Pending before the Court is the Government's request for revocation of Defendant's supervised release. After the District Court referred the matter to this Court for a report and recommendation, the Court conducted hearings on August 13, August 16, August 27, September 10, October 2, and November 5, 2019, and on July 9, and September 29, 2020, to determine whether Defendant violated his supervised release. Defendant was initially represented by Denise Benson. After the Court granted Ms. Benson's Motion to Withdraw as Attorney of Record, Defendant was represented by Joey Fritts. The Government was represented by Tracey Batson at the Final Hearing.

On November 19, 2009, Defendant was sentenced by the Honorable Richard A. Schell, United States District Judge, to a sentence of sixty (60) months imprisonment followed by a five (5) year term of supervised release. Defendant's supervision commenced on October 19, 2018.

On June 10, 2019, the U.S. Probation Officer filed a Petition for Warrant or Summons for Offender under Supervision (the "Petition") (Dkt. 43). The Petition asserts that Defendant violated the following conditions of supervision: (1) Defendant shall not commit another federal, state or local crime; (2) Defendant shall notify the probation officer at least ten days prior to any change in residence or employment; and (3) Defendant shall participate in a program of testing and

treatment for alcohol and drug abuse, under the guidance and direction of the U.S. Probation Office, until such time as the defendant is released from the program by the probation officer.

The Petition asserts that Defendant violated these conditions because: (1) on May 12, 2019, Defendant was arrested by the Plano Police Department and charged with the felony offenses of Assault Family Violence-Impede Breath or Circulation under Texas Penal Code 22.01(b)(2)(B) and Assault Family Violence-Bodily Injury under Texas Penal Code 22.01(a)(1); (2) on March 21, 2019, Defendant was fired from his employment at Western Extrusions for misconduct; Defendant failed to report this change of employment to the probation officer in a timely manner as instructed; and (3) Defendant failed to report to Addiction Treatment Resources for random drug testing on November 16, November 28, and December 5, 2018, as instructed.

At the hearing, Defendant entered a plea of true to allegation 3 and not true to allegations 1 and 2. The Government presented evidence as to allegations 1 and 2. Based on the evidence presented at the Preliminary and Detention Hearing and the Final Hearing, the Court finds that Defendant has violated the terms of his supervised release as alleged in allegations 1 through 3, and thus, his supervised release should be revoked.

## RECOMMENDATION

Pursuant to the Sentencing Reform Act of 1984, and having considered the arguments presented at the September 29, 2020, hearing, the Court recommends that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of thirty-six (36) months with two (2) years supervised release to follow with the same previously imposed conditions.

**So ORDERED and SIGNED this 5th day of October, 2020.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE