THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | CRIMINAL NO.  4:09CR15 |
| | § | |
| RESHON LAMONT SCOTT (1) | § | |

### REPORT AND RECOMMENDATION ON
### DEFENDANT'S COMPETENCY TO STAND TRIAL

Pursuant to 28 U.S.C. § 636(b) and the Local Rules for the United States District Court for the Eastern District of Texas, this criminal proceeding is before the undersigned United States Magistrate Judge.

On March 4, 2024, Defendant's counsel filed Defendant's Motion for Psychological and/or Psychiatric Examination [Dkt. #92], seeking a psychiatric examination pursuant to 18 U.S.C. § 4241 at an appropriate Bureau of Prisons facility and that a psychiatric report of findings consistent with 18 U.S.C. §§ 4247(b) be filed with the court.  The court granted that motion on March 5, 2024 [Dkt. #93].   Defendant was subsequently evaluated by Dr. Lesli Johnson.  The court has received the report from the Bureau of Prisons, and copies have been furnished to the Assistant United States Attorney and defense counsel.

A competency hearing was conducted on June 18, 2024, before U.S. Magistrate Judge Aileen Goldman Durrett, during which the report was admitted.  At the hearing, Defendant appeared in court with his counsel, Douglas Schopmeyer.  Defendant was given the opportunity to present evidence and call witnesses.  Defendant did not offer any witnesses or evidence.  Moreover, Defendant did not present any objections to the report, including Dr. Johnson's opinion on competency.  The Government also did not object to the report findings.

Dr. Johnson's report concludes that "From the available information, there is evidence to suggest that Mr. Scott is able to ascertain reality, realistically appraise his behavior, and converse

in a logical and coherent manner, all of which would be necessary to understand the nature and consequences of the proceedings against him and to properly assist counsel in a defense." The undersigned has considered the report and concludes that Defendant is not mentally incompetent, is able to understand the nature and consequences of the proceedings against him, and is able to properly assist in his defense. Defendant has a rational and factual understanding of the proceedings against him and presently has sufficient ability to consult with his attorney while having a reasonable degree of rational understanding. 18 U.S.C. §4241(d); see also Dusky v. United States, 362 U.S. 402 (1960).

## RECOMMENDATION

For the foregoing reasons, the court recommends that Defendant be found competent to stand trial because he understands the nature and consequences of the proceedings against him and is able to assist in his defense. See 18 U.S.C. § 4241. It is further recommended that the speedy trial time be excluded from March 4, 2024 (the date Defendant filed his Motion to Determine Mental Competency), until the date on which the District Judge signs the order adopting this report and recommendation.

Both Parties waived the fourteen (14) day objection period.

**SIGNED this 5th day of July, 2024.**

_____
AILEEN GOLDMAN DURRETT
UNITED STATES MAGISTRATE JUDGE