# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | CRIMINAL ACTION NO. 4:09-CR-00015 |
| v. § | (JUDGE MAZZANT/JUDGE JOHNSON) |
| § | |
| RESHON LAMONT SCOTT § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the above-referenced criminal action, the Court having heretofore referred the request for the revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration. The Court has received the Report and Recommendation of the United States Magistrate Judge pursuant to its order. Having received the Report of the Magistrate Judge, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that the Report and Recommendation of United States Magistrate Judge is **ADOPTED** as the opinion of the Court.

It is further **ORDERED** that Defendant's supervised release is hereby **REVOKED**.

It is further **ORDERED** that Defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of fifty-one (51) months to be served consecutively to his state court sentence in F2212126 in Dallas County, Texas with no term of supervised release to follow.

It is further **ORDERED** that allegations (2)–(6) are dismissed.

The Court recommends that Defendant receive any mental health treatment that the Bureau of Prisons can provide.

The Court also recommends that Defendant be housed in a Bureau of Prisons facility in the Forrest City, Arkansas or Butner, North Carolina area if appropriate.

**IT IS SO ORDERED**.

**SIGNED this 27th day of August, 2024.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE