# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| | § CASE NUMBER 4:09-CR-00015 |
| v. | § |
| | § |
| | § |
| RESHON LAMONT SCOTT | § |
| | § |

### MEMORANDUM ADOPTING IN PART REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the above-referenced criminal action, the Court having heretofore referred the request for the revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration. The Court has received the Report and Recommendation of the United States Magistrate Judge pursuant to its order recommending the Defendant be imprisoned for an additional term of imprisonment of fifty-one (51) months to be served consecutively to the state court sentence in F2212126 (Trafficking Child Engage Conduct/Sexual) in Dallas County, Texas, with no term of supervised release to follow. Defendant did not waive allocution. Defendant appeared with counsel and both were given the chance to speak prior to being sentenced. Considering Defendant's comments, the Court finds that an increase from the recommended sentence is warranted.

Having received the report and recommendation of the Magistrate Judge, and having considered Defendant's lack of objection to the recommendation to revoke, but his desire to appear before the undersigned to contest his sentence, it is therefore, **ORDERED** that the Report and Recommendation of the United States Magistrate Judge (Dkt. #100) is **ADOPTED IN PART** as the opinion of the Court.

It is **ORDERED** that Defendant's supervised release is hereby **REVOKED.**

It is further **ORDERED** that Defendant be committed to the custody of the Bureau of Prisons for a term of imprisonment of imprisonment of sixty (60) months to be served

consecutively to the state court sentence in F2212126 (Trafficking Child Engage Conduct/Sexual) in Dallas County, Texas, with no term of supervised release to follow. Defendant did not waive allocution. The Court will further recommend the Defendant be placed in a BOP facility in the Forrest City, Arkansas or Butner, North Carolina area, if available.

    **IT IS SO ORDERED**.

    **SIGNED this 9th day of October, 2024.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE